An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK ROBERT WALKLIN,
                                      Appellant,
                    vs.
THE STATE OF NEVADA,
                                      Respondent.

No. 68833

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying motion for transcripts of hearing. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Michelle Leavitt, District Judge
     Frank Robert Walklin
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A

15-32367